**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LORETTA FIGEAC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:19-cv-3999 |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**LIST OF ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Loretta Figeac, Plaintiff in the above-entitled and numbered cause, and files this it's List of Legal Entities that are financially interested in the outcome of this litigation and would show unto this Honorable Court as follows:

Loretta Figeac is the Plaintiff and financially interested in the outcome of this litigation.

Britney McDonald is Plaintiff's attorney and financially interested in the outcome of this litigation.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, LLP


By: ____/s/ Britney McDonald __
Britney Anne Heath McDonald
Tex. Bar No. 24083158
Fed. I.D. No. 2621983
Marc S. Whitehead
Tex. Bar No. 00785238
Fed. I.D. No. 15465
J. Anthony Vessel
Tex. Bar No. 24084019
Fed. I.D. No. 1692384

Madison Tate Donaldson
Tex. Bar No. 24105812
Fed. I.D. No. 3151467
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 855-842-8260
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
LORETTA FIGEAC