# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| LORETTA FIGEAC<br>*Plaintiff*<br>v.<br>THE LINCOLN NATIONAL LIFE INSURANCE CO.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 4:19-cv-3999 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Lincoln National Life Insurance Company .

Date: 11/04/2019

/s/ Stephanie C. Ng
*Attorney's signature*

Stephanie C. Ng, SDTX Bar No. 2754755
*Printed name and bar number*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002
*Address*

stephanie.ng@ogletree.com
*E-mail address*

(713) 655-5755
*Telephone number*

(713) 655-0020
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify and affirm that on November 4, 2019, a true and correct copy of the attached Appearance of Counsel was served via ECF upon the following:

Britney Anne Heath McDonald
Marc S. Whitehead
J. Anthony Vessel
Madison Tate Donaldson
Marc Whitehead & Associates,
Attorneys at Law LLP
403 Heights Boulevard
Houston, Texas 77007

*/s/ Stephanie C. Ng*
Stephanie C. Ng