**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| LORETTA FIGEAC,<br><br>Plaintiff<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant | Case No. 4:19-cv-3999 |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through its attorney, hereby moves for an Order extending the time for Lincoln to answer or otherwise respond to Plaintiff's Complaint. Defendant's Answer is currently due November 11, 2019. Lincoln respectfully requests an extension of time to answer or otherwise respond of twenty-one (21) days until December 2, 2019.

In support of its Motion, Lincoln states as follows:

1. Presently, the deadline for Lincoln to answer or otherwise respond to Plaintiff's Complaint is November 11, 2019.

2. Lincoln requires additional time to investigate and prepare a responsive pleading to Plaintiff's Complaint.

3. On November 2, 2019, Counsel for Lincoln conferred with counsel for Plaintiff regarding the request for an extension of twenty-one (21) days for Lincoln to answer or otherwise

respond to Plaintiff's Complaint. Plaintiff's counsel indicated that she does not object to Lincoln's request.

4. This Motion is filed before the response to the Complaint is due and is filed in good faith. This Motion is not made for the purpose of unwarranted delay, but so that justice may be done. No prejudice will result from granting this Motion.

WHEREFORE, Lincoln respectfully requests that the Court enter an order granting until December 2, 2019, for Lincoln to answer or otherwise respond to Plaintiff's Complaint.

Dated: November 4, 2019

/s/ Stephanie C. Ng
Stephanie C. Ng
State Bar No. 24098176
Federal ID No. 2754755
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Allen Center, Suite 3000
500 Dallas Street
Houston, TX 77002-4709
Telephone: 713-655-5755
stephanie.ng@ogletreedeakins.com

*Attorney for Defendant The Lincoln National Life Insurance Company*

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 2, 2019, counsel for Defendant The Lincoln National Life Insurance Company conferred with counsel for Plaintiff Loretta Figeac regarding the relief sought in this motion. Plaintiff's counsel indicated that the motion is unopposed.

/s/ Stephanie C. Ng
Stephanie C. Ng

## CERTIFICATE OF SERVICE

I hereby certify and affirm that on November 4, 2019, a true and correct copy of the attached **Motion for Extension of Time to Answer or Otherwise Respond** was served via ECF upon the following:

Britney Anne Heath McDonald
Marc S. Whitehead
J. Anthony Vessel
Madison Tate Donaldson
Marc Whitehead & Associates,
Attorneys at Law LLP
403 Heights Boulevard
Houston, Texas 77007

/s/ Stephanie C. Ng
Stephanie C. Ng

40588410.1