**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| LORETTA FIGEAC,<br><br>Plaintiff<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant | Case No. 4:19-cv-3999 |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Comes now the Defendant, The Lincoln National Life Insurance Company, by counsel, having filed its Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the Court being duly advised of the same, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant shall have to and including December 2, 2019, to answer or otherwise respond to Plaintiff's Complaint.

SIGNED this ____ day of ________________, 2019.

______________________________
Hon. Lee H. Rosenthal
Chief Judge, United States District Court