**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| LORETTA FIGEAC,<br><br>Plaintiff<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant | Case No. 4:19-cv-3999 |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Lincoln National Life Insurance Company files its Corporate Disclosure Statement and states as follows:

The Lincoln National Life Insurance Company is a wholly-owned subsidiary of Lincoln National Corporation ("Lincoln"). Lincoln is publicly traded (NYSE), ticker symbol LNC, with no 10% owners of its stock.

Dated: November 4, 2019

*/s/ Stephanie C. Ng*

Stephanie C. Ng
State Bar No. 24098176
Federal ID No. 2754755
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Telephone: 713-655-5755
stephanie.ng@ogletreedeakins.com

**ATTORNEY FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, a true and correct copy of the attached was served via ECF upon the following:

Britney Anne Heath McDonald
Marc S. Whitehead
J. Anthony Vessel
Madison Tate Donaldson
Marc Whitehead & Associates,
Attorneys at Law LLP
403 Heights Boulevard
Houston, Texas 77007

/s/ Stephanie C. Ng
Stephanie C. Ng

40600488.1