**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Loretta Figeac

v. Case Number: 4:19−cv−03999

The Lincoln National Life Insurance
Company

---

**Notice of Resetting**

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Chief Judge Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/5/2020

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Initial Conference

---

Date: January 16, 2020 David J. Bradley, Clerk